**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern DIVISION**

In re: Garcia, Gerardo § Case No. 21-05518
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/27/2021. The undersigned trustee was appointed on 05/13/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $       65,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 9,466.63 |
| Bank service fees | 1,386.64 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 54,146.73 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 09/21/2021 and the deadline for filing governmental claims was 10/24/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,500.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $6,500.00, for a total compensation of $6,500.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $17.20 for total expenses of $17.20[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/13/2023    By: /s/ Joji Takada
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 21-05518 | Trustee Name: | (330810) Joji Takada |
| Case Name: | Garcia, Gerardo | Date Filed (f) or Converted (c): | 04/27/2021 (f) |
| | | § 341(a) Meeting Date: | 05/25/2021 |
| For Period Ending: | 01/13/2023 | Claims Bar Date: | 09/21/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10419 Adler Cove, Saint John, IN 46373-0000, Lake County | 375,000.00 | 0.00 | | 50,000.00 | FA |
| 2 | 2013 Ford F150, 130,000 miles | 16,325.00 | 0.00 | | 5,000.00 | FA |
| 3 | 2017 Harley-Davidson Street Glide | 12,575.00 | 0.00 | | 5,000.00 | FA |
| 4 | 2018 GMC Yukon, 75,000 miles | 13,500.00 | 0.00 | | 5,000.00 | FA |
| 5 | Kitchen Furniture, Living Room Furniture, Bedroom Furniture | 750.00 | 0.00 | | 0.00 | FA |
| 6 | Laptop | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Shotgun and 9mm Pistol | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Centier Bank | 750.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Centier Bank | 2,500.00 | 0.00 | | 0.00 | FA |
| 11 | Pension: Union 134 Retirement Plan No Cash Value | 1.00 | 0.00 | | 0.00 | FA |
| 12 | 401 (k): 401(k) through Midwestern Electric Company, Inc. | 100,000.00 | 0.00 | | 0.00 | FA |
| 13 | Midwestern Electric Company, Inc. Loan to Company | 15,000.00 | 0.00 | | 0.00 | FA |
| 14 | 1/2 Interest in Midwestern Electric A corporation through which the Debtor operates an electrical contractor business. The buisness liabilities greatly exceed the value of the business assets including Chase Bank and over 1 million in secured business creditors, most of whom filed U.C.C. liens. The business assets have an estimated value of $350,000., 50% ownership | 1.00 | 0.00 | | 0.00 | FA |
| 15 | Int. in partnerships or joint ventures: 1/2 Partnership in Midwestern Electric Company, LLC Which owns a building and property which is fully encumbred by a loan from Chase Bank 1st Lien - Chase Bank for $54,000.00 2nd Lien - Chase Bank for $400,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| **15** | **Assets Totals (Excluding unknown values)** | **$537,002.00** | **$0.00** | | **$65,000.00** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 21-05518  
**Case Name:** Garcia, Gerardo  

**Trustee Name:** (330810) Joji Takada  
**Date Filed (f) or Converted (c):** 04/27/2021 (f)  
**§ 341(a) Meeting Date:** 05/25/2021  

**For Period Ending:** 01/13/2023  
**Claims Bar Date:** 09/21/2021  

**Major Activities Affecting Case Closing:**

    Debtor bought out equity in home and vehicle.  JT  8/30/21

    Accountant preparing tax returns.  JT 11/22/21

    Awaiting tax returns; Conducting claims administration re: secured claims on file.  JT 1/30/22

**Initial Projected Date Of Final Report (TFR):** 12/31/2021  
**Current Projected Date Of Final Report (TFR):** 12/26/2022 (Actual)

UST Form 101-7-TFR (5/1/2011)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 21-05518 | Trustee Name: | Joji Takada (330810) |
|---|---|---|---|
| Case Name: | Garcia, Gerardo | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0504 | Account #: | ******2095 Checking |
| For Period Ending: | 01/13/2023 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/24/21 | | Gerardo Garcia | Settlement payment re: home equity and vehicle | | 65,000.00 | | 65,000.00 |
| | {1} | | Equity buyback $50,000.00 | 1110-000 | | | |
| | {2} | | EQuity buyback $5,000.00 | 1129-000 | | | |
| | {3} | | EQuity buyback $5,000.00 | 1129-000 | | | |
| | {4} | | Equity buyback $5,000.00 | 1129-000 | | | |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 24.30 | 64,975.70 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 104.13 | 64,871.57 |
| 10/01/21 | 101 | Law Offices of Zane Zielinski PC | attorney fee expense | | | 8,469.23 | 56,402.34 |
| | | Law Offices of Zane Zielinski PC | attorney fee $8,400.00 | 3210-000 | | | |
| | | Law Offices of Zane Zielinski PC | atorney expense $69.23 | 3220-000 | | | |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 89.19 | 56,313.15 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 96.27 | 56,216.88 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 93.10 | 56,123.78 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 86.95 | 56,036.83 |
| 02/01/22 | 102 | Illinois Department of Revenue | E.I.N. 35-7300504, Form IL-1041 for the year ended 11/30/21 | 2820-000 | | 531.00 | 55,505.83 |
| 02/04/22 | 103 | Jason Moon – TRUEBLOOD REAL ESTATE | Realtor expense | 3520-000 | | 350.00 | 55,155.83 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 83.83 | 55,072.00 |
| 03/08/22 | 104 | International Sureties LTD | #016073584 bond payment 2022-20223 | 2300-000 | | 116.40 | 54,955.60 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 97.86 | 54,857.74 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 84.99 | 54,772.75 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 84.85 | 54,687.90 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 96.42 | 54,591.48 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 84.57 | 54,506.91 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 96.09 | 54,410.82 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 87.20 | 54,323.62 |

Page Subtotals: $65,000.00　$10,676.38

{ } Asset Reference(s)　UST Form 101-7-TFR (5/1/2011)　! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| Case No.: | 21-05518 | Trustee Name: | Joji Takada (330810) |
|---|---|---|---|
| Case Name: | Garcia, Gerardo | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0504 | Account #: | ******2095 Checking |
| For Period Ending: | 01/13/2023 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 84.16 | 54,239.46 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 92.73 | 54,146.73 |
| | | COLUMN TOTALS | | | 65,000.00 | 10,853.27 | $54,146.73 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 65,000.00 | 10,853.27 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $65,000.00 | $10,853.27 | |

*{ } Asset Reference(s)*　　UST Form 101-7-TFR (5/1/2011)　　! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 3

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 21-05518 | | **Trustee Name:** | Joji Takada (330810) |
| **Case Name:** | Garcia, Gerardo | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0504 | | **Account #:** | ******2095 Checking |
| **For Period Ending:** | 01/13/2023 | | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2095 Checking | $65,000.00 | $10,853.27 | $54,146.73 |
| | **$65,000.00** | **$10,853.27** | **$54,146.73** |

UST Form 101-7-TFR (5/1/2011)

Printed: 01/13/2023 3:48 PM　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page: 1

## Exhibit C

## Claims Proposed Distribution Register

### Case: 21-05518 GERARDO GARCIA

**Case Balance:** $54,146.73　　　　**Total Proposed Payment:** $54,146.73　　　　**Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 1 | Independence Bank | Secured | $134,203.57 | $0.00 | $0.00 | $0.00 | $0.00 | $54,146.73 |
| | **Claim Memo:** Claim objection granted---03122022 | | | | | | | |
| 2 | AmeriCredit Financial Services, Inc. | Secured | $24,144.26 | $0.00 | $0.00 | $0.00 | $0.00 | $54,146.73 |
| | **Claim Memo:** Claim objection granted---03122022 | | | | | | | |
| | Jason Moon – TRUEBLOOD REAL ESTATE | Admin Ch. 7 | $0.00 | $350.00 | $350.00 | $0.00 | $0.00 | $54,146.73 |
| | <3520-00 Realtor for Trustee Expenses> | | | | | | | |
| | Callero LLP, Callero and | Admin Ch. 7 | $0.00 | $2,362.00 | $0.00 | $2,362.00 | $2,362.00 | $51,784.73 |
| | <3410-00 Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| | Law Offices of Zane Zielinski PC | Admin Ch. 7 | $0.00 | $8,400.00 | $8,400.00 | $0.00 | $0.00 | $51,784.73 |
| | <3210-00 Attorney for Trustee Fees (Other Firm)> | | | | | | | |
| | Law Offices of Zane Zielinski PC | Admin Ch. 7 | $0.00 | $69.23 | $69.23 | $0.00 | $0.00 | $51,784.73 |
| | <3220-00 Attorney for Trustee Expenses (Other Firm) > | | | | | | | |
| | International Sureties LTD | Admin Ch. 7 | $0.00 | $116.40 | $116.40 | $0.00 | $0.00 | $51,784.73 |
| | <2300-00 Bond Payments> | | | | | | | |
| | Joji Takada | Admin Ch. 7 | $6,500.00 | $6,500.00 | $0.00 | $6,500.00 | $6,500.00 | $45,284.73 |

Printed:   01/13/2023 3:48 PM

Page:   2

# Exhibit C

## Claims Proposed Distribution Register

Case: 21-05518 GERARDO GARCIA

**Case Balance:** $54,146.73       **Total Proposed Payment:** $54,146.73       **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Illinois Department of Revenue | Admin Ch. 7 | $0.00 | $531.00 | $531.00 | $0.00 | $0.00 | $45,284.73 |
| | <2820-00 Other State or Local Taxes (post-petition)> | | | | | | | |
| | Joji Takada | Admin Ch. 7 | $17.20 | $17.20 | $0.00 | $17.20 | $17.20 | $45,267.53 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| 3 | Greensky,LLC/Home Depot Loan | Unsecured | $11,596.00 | $11,596.00 | $0.00 | $11,596.00 | $588.65 | $44,678.88 |
| 4 | Funding Metrics, LLC | Unsecured | $114,810.88 | $114,810.88 | $0.00 | $114,810.88 | $5,828.14 | $38,850.74 |
| 5 | American Express National Bank | Unsecured | $60,655.34 | $60,655.34 | $0.00 | $60,655.34 | $3,079.04 | $35,771.70 |
| 6 | JPMorgan Chase Bank, N.A. | Unsecured | $67,158.61 | $67,158.61 | $0.00 | $67,158.61 | $3,409.17 | $32,362.53 |
| 7 | JPMorgan Chase Bank, N.A. | Unsecured | $400,670.45 | $400,670.45 | $0.00 | $400,670.45 | $20,339.20 | $12,023.33 |
| 8 | EBF Partners, LLC d/b/a Everest Business Funding | Unsecured | $236,852.68 | $236,852.68 | $0.00 | $236,852.68 | $12,023.33 | $0.00 |
| | **Total for Case:** | **21-05518** | $1,056,608.99 | $910,089.79 | $9,466.63 | $900,623.16 | $54,146.73 | |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 21-05518
Case Name: GERARDO GARCIA
Trustee Name: Joji Takada

**Balance on hand:** $ 54,146.73

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Independence Bank | 134,203.57 | 0.00 | 0.00 | 0.00 |
| 2 | AmeriCredit Financial Services, Inc. | 24,144.26 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 54,146.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Joji Takada | 6,500.00 | 0.00 | 6,500.00 |
| Trustee, Expenses - Joji Takada | 17.20 | 0.00 | 17.20 |
| Bond Payments - International Sureties LTD | 116.40 | 116.40 | 0.00 |
| Other State or Local Taxes (post-petition) - Illinois Department of Revenue | 531.00 | 531.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Law Offices of Zane Zielinski PC | 8,400.00 | 8,400.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Law Offices of Zane Zielinski PC | 69.23 | 69.23 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Callero LLP, Callero and | 2,362.00 | 0.00 | 2,362.00 |
| Realtor for Trustee Expenses - Jason Moon – TRUEBLOOD REAL ESTATE | 350.00 | 350.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 8,879.20
Remaining balance: $ 45,267.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

UST Form 101-7-TFR(5/1/2011)

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 45,267.53 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 45,267.53 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $891,743.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Greensky,LLC/Home Depot Loan | 11,596.00 | 0.00 | 588.65 |
| 4 | Funding Metrics, LLC | 114,810.88 | 0.00 | 5,828.14 |
| 5 | American Express National Bank | 60,655.34 | 0.00 | 3,079.04 |
| 6 | JPMorgan Chase Bank, N.A. | 67,158.61 | 0.00 | 3,409.17 |
| 7 | JPMorgan Chase Bank, N.A. | 400,670.45 | 0.00 | 20,339.20 |
| 8 | EBF Partners, LLC d/b/a Everest Business Funding | 236,852.68 | 0.00 | 12,023.33 |

| | Total to be paid for timely general unsecured claims: | $ | 45,267.53 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR(5/1/2011)

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**